IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BILLY DEAR, IN HIS INDIVIDUAL CAPACITY,
AND AS REPRESENTATIVE OF THE WRONGFUL
DEATH BENEFICIARIES OF EUNICE F. DEAR
AND AS EXECUTOR OF THE ESTATE OF
EUNICE F. DEAR, ON BEHALF OF THE ESTATE OF
EUNICE F. DEAR AND THE INDIVIDUAL DEVISEES
OF THE LAST WILL AND TESTAMENT OF
EUNICE F. DEAR, DECEASED                                           PLAINTIFFS

VS.                                      CIVIL ACTION NO. 3:13cv212-WHB-RHW

CROWN CASTLE SOUTH LLC; MASTEC NETWORK
SOLUTIONS, LLC f/k/a NSORO MASTEC, LLC;
SES CONSTRUCTION CONSULTING GROUP, INC.;
BLUE WAVE DEPLOYMENT, LLC; AT&T MOBILITY,
LLC; WINDSTREAM MISSISSIPPI, LLC;
DOE DEFENDANTS 1-5; and DOE DEFENDANTS 6-10                        DEFENDANTS

## AGREED ORDER OF FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court this day on joint motion *ore tenus* of the Plaintiffs, Billy Dear, in His Individual Capacity, and as Representative of the Wrongful Death Beneficiaries of Eunice F. Dear and as Executor of the Estate of Eunice F. Dear, on Behalf of the Estate of Eunice F. Dear and the Individual Devisees of the Last Will and Testament of Eunice F. Dear, Deceased, and Defendants, Crown Castle South LLC, MasTec Network Solutions, LLC, SES Construction Consulting Group, Inc., AT&T Mobility LLC, and Windstream Mississippi, LLC, for a dismissal with prejudice, and, it having been made known to the Court that the Plaintiffs and Defendants have compromised and settled the claims made in the above-styled and numbered cause and that the Plaintiffs have received full accord and satisfaction for all of their claims against the Defendants, the Court finds that said motion is well-taken and should be granted.

880313

**IT IS THEREFORE, ORDERED AND ADJUDGED,** that the above-styled and numbered cause be and is hereby dismissed with prejudice with each party to bear its own costs.

**SO ORDERED AND ADJUDGED,** this the ___ day of August, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

**AGREED:**

/s/ C. Victor Welsh, III
C. Victor Welsh, III (MSB #7107)
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
Post Office Box 22985
Jackson, Mississippi 39225-2985
Tel:   (601) 948-6200
Fax:   (601) 948-6187
Email: cvw@pgrwlaw.com

James L. Kelly (MSB #3557)
KELLY LAW OFFICE, P.C.
202 East Government Street
Brandon, Mississippi 39042
Tel:   (601) 825-6455
Email: rmslawyer@gmail.com
***ATTORNEYS FOR PLAINTIFFS***

/s/ J. Chadwick Mask
Jim Warren (MSB #6966)
J. Chadwick Mask (MSB #10621)
James "Trey" Gunn III (MSB #103907)
CARROLL WARREN & PARKER PLLC
Post Office Box 1005
Jackson, Mississippi 39215-1005
Tel:   (601) 592-1010
Fax:   (601) 592-6060
Email: jwarren@cwplaw.com
Email: cmask@cwplaw.com
Email: tgunn@cwplaw.com
***ATTORNEYS FOR DEFENDANT***
***WINDSTREAM MISSISSIPPI, LLC***

*/s/ Whitman B. Johnson III*
Whitman B. Johnson III (MSB #3158)
CURRIE JOHNSON GRIFFIN & MYERS
1044 River Oaks Drive
Jackson, Mississippi  39205
Tel:    (601) 969-1010
Email: wjohnson@curriejohnson.com
***ATTORNEY FOR DEFENDANTS CROWN CASTLE SOUTH LLC; MASTEC NETWORK SOLUTIONS, LLC; SES CONSTRUCTION CONSULTING GROUP, INC.; AND AT&T MOBILITY LLC***